(No. 751—Claimant awarded $3,792.25.)

WEST INDIES FRUIT IMPORTING Co., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 1, 1925.*

FRANCHISE TAX—*when refund may be made.* This case is similar to that of *Herenden Milling Co.* v. *State, supra,* and the decision of the court in that case governs this claim.

MORAN, PALTZER & O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; EDWARD C. FITCH, Assistant Attorney General, for respondent.

Mr. JUSTICE LEECH delivered the opinion of the court:

This is a claim for the refund of franchise taxes erroneously paid to the Secretary of State of the State of Illinois, by claimant, in the years 1920 and 1922, in the amount of $3792.25.

The demurrer filed by the Attorney General of the State of Illinois, is, as a matter of law, sustained.

On the grounds of equity and social justice, we award claimant the sum of $3792.25.